JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHUNG YANG MODAS CO., LTD.,<br><br>            Plaintiff,<br><br>    VS.<br><br>PRIVATE LABEL SOURCING LLC,<br>et al.<br><br>            Defendants. | Case No. CV 07-07725- RGK (VBKx)<br><br>ORDER OF DISMISSAL FOR LACK OF PROSECUTION |

On November 13, 2008, this Court issued an Order to Show Cause Re Lack of Prosecution ("OSC"). Plaintiff was ordered to show cause in writing before November 20, 2008, why this action should not be dismissed for lack of prosecution as to defendants Bruce Allen, Well Success and Jetwell Garments, Ltd. To date, plaintiff has not responded to the OSC and, therefore, the action is hereby dismissed.

Dated: December 10, 2008

*Gary Klausner*

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE